LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

SPENCER J. PAHLKE (State Bar #250914)
**ATTORNEYS FOR PLAINTIFF**
ERIC OLSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC OLSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PENTAIR RESIDENTIAL FILTRATION, LLC,<br><br>　　　　Defendant. | Case No. 2:17-cv-01387-KJM-AC<br><br>**STIPULATION OF DISMISSAL**<br><br>The Hon. Kimberly J. Mueller<br><br>Action Filed:　07/06/2017<br>Trial Date:　　Unassigned |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice, with each party to bear its own costs and fees, pursuant to FRCP 41(a)(1)(A)(ii).

Dated: June 4, 2018　　　　　WALKUP, MELODIA, KELLY & SCHOENBERGER


By: 　*/s/ Spencer J. Pahlke*
　　　SPENCER J. PAHLKE
　　　Attorneys for Plaintiff
　　　ERIC OLSON

Dated: June 4, 2018          QUARLES & BRADY LLP

By:    */s/ Eric Matzke*
ERIC MATZKE
Attorneys for Defendant
PENTAIR RESIDENTIAL FILTRATION, LLC

Pursuant to Stipulation, **IT IS SO ORDERED.**

DATED: June 6, 2018.

_____
UNITED STATES DISTRICT JUDGE